**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 5, 2007**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-10934

BOLLARÉ S.A.; NORTH ATLANTIC TRADING COMPANY;
NORTH ATLANTIC OPERATING COMPANY,

Plaintiffs-Appellees,

versus

IMPORT WAREHOUSE INC; ET AL

Defendants,

IMPORT WAREHOUSE, INC.; RAVI BHATIA,

Defendants-Appellants.

Appeal from the United States District Court
for the Northern District of Texas
Case No. 3:99-CV-1196-R

Before JONES, Chief Judge, and BENAVIDES and STEWART, Circuit
Judges.

PER CURIAM:[*]

The court has considered Appellants' position in light of

oral argument, the briefs, and pertinent portions of the record.

Having done so, we find no reversible error of fact or law and

affirm for essentially the reasons stated by the district court.

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.